

ZACHARY W. CARTER
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Shaina Wood
*Assistant Corporation Counsel*
Phone: (212) 356-2440
shwood@law.nyc.gov

December 13, 2018

**BY ECF**

Honorable Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Dr. Rupert Green v. The Department of Education of the City of New York; Carmen Fariña
              18-CV-10817
              Our No. 2018-086303

Dear Judge Torres:

      I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and attorney for Defendants New York City Department of Education ("DOE") and Carmen Fariña in the above-referenced matter. I write, with the consent of Plaintiff, to respectfully request an extension of time from December 17, 2018, to January 18, 2019, for DOE to respond to the complaint. This is Defendants' first request for an extension of time.

      Defendants make this request so that this Office has ample time to gather relevant documents, complete its investigation into the allegations in the complaint, and prepare an appropriate response.

      Thank you for your consideration of this matter.

Respectfully submitted,

Shaina Wood
Assistant Corporation Counsel

cc:    Dr. Rupert Green, *pro se* (by mail)