USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18CV10817

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rupert Green
was received by me on *(date)* 11/26/18

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
Pete Munoz, a person of suitable age and discretion who resides there,
on *(date)* 11/26/18, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ 0 for services, for a total of $ 75.00

I declare under penalty of perjury that this information is true.

Date: 11/26/18

Server's signature

Robert Green - Process Server
Printed name and title  2063942

Vincent J. Vanasco 11/26/18
State of New York
Notary Kings County
Lic #01VA6251377
EXPIRES 12/12/15

778 Morris Park Ave, Unit 10, Bronx, NY 10462
Server's address

Additional information regarding attempted service, etc: