

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Shaina Wood
*Assistant Corporation Counsel*
Phone: (212) 356-2440
shwood@law.nyc.gov

**MEMO ENDORSED**

January 16, 2019

**BY ECF**

Honorable Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/19

Re: Dr. Rupert Green v. The Department of Education of the City of New York; Carmen Fariña
18-CV-10817
Our No. 2018-086303

Dear Judge Torres:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and attorney for Defendants New York City Department of Education ("DOE") and Carmen Fariña in the above-referenced matter. I write, with the consent of Plaintiff, to respectfully request an extension of time from January 18, 2019, to January 28, 2019, for DOE to respond to the complaint. This is Defendants' second request for an extension of time. The Court previously granted Defendants' first request for an extension of time from December 17, 2018 to January 18, 2019.

Defendants make this request due to a personal medical matter which led to my absence from work and delayed the completion of Defendants' response.

Thank you for your consideration of this matter.

Granted. In the future, please address any applications regarding pre-trial matters to the undersigned.

SO ORDERED. DATE: 1/16/19
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

Shaina Wood
Assistant Corporation Counsel

cc: Dr. Rupert Green, *pro se* (by mail)