

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Shaina Wood
*Assistant Corporation Counsel*
Phone: (212) 356-2440
shwood@law.nyc.gov

January 27, 2019

**BY ECF**

Honorable Gabriel W. Gorenstein
United States District Court Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>Dr. Rupert Green v. The Department of Education of the City of New York; Carmen Farina</u>
        18-CV-10817
        Our No. 2018-086303

Dear Judge Gorenstein:

  I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and attorney for Defendants New York City Department of Education ("DOE") and Carmen Fariña in the above-referenced matter. I write to respectfully request an extension of time from January 28, 2019, to February 4, 2019, for DOE to respond to the complaint. I have contacted plaintiff *pro se* to seek his consent but, as of this evening, I have not received any reply back from him. This is Defendants' third request for an extension of time. The Court previously granted Defendants' first request for an extension of time from December 17, 2018 to January 18, 2019, and Defendants' second request from January 18, 2018 to January 28, 2018. Both requests were made with the consent of the plaintiff.

  Defendants previously made their second request due to a personal medical matter which led to my absence from work and delayed the completion of Defendants' response. Defendants make this new request for an additional one-week extension as their response to the complaint is not yet complete.

  Thank you for your consideration of this matter.

            Respectfully submitted,

            /s/ *Shaina Wood*
            _____
            Shaina Wood
            Assistant Corporation Counsel

cc: Dr. Rupert Green, *pro se* (by mail)