UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RUPERT GREEN,

                              Plaintiff,

                -against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK; CARMEN FARINA, Former Chancellor, Sued Individually and Officially,

                              Defendants.
------------------------------------------------------------------------ x

**DECLARATION OF ASSISTANT CORPORATION COUNSEL SHAINA WOOD IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

18-CV-10817 (AT) (GWG)

       **SHAINA WOOD**, declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

       1.    I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for Defendant the Board of Education of the City School District of the City of New York, operating as the New York City Department of Education ("DOE") in the above referenced action.

       2.    I submit this declaration in support of Defendant's motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), in order to place before the a Court public document of which the Court may take judicial notice, and of which Defendant relied on in its motion. The Defendant annexes the following document in support of the motion:

       **Exhibit 1:**    Decision in *Rupert Green v. N.Y.C. Bd./Dept. of Educ.*, Index 102017/2016, (N.Y. Sup. Ct. Engoron, J., decided Feb. 20 2018);

I declare under penalty of perjury that the foregoing is true and correct.

DATED: New York, New York
February 4, 2019

By: /s/ Shaina Wood

Shaina Wood
Assistant Corporation Counsel