EA 12/14/18 FE

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT: Hon. S. Hagler
                    Justice

PART 17

Index Number : 100741/2018
ARROYO, REYNA
vs
NYC BOARD/DEPT. OF EDUCATION
Sequence Number : 001
VACATE AWARD

INDEX NO. _____
MOTION DATE _____
MOTION SEQ. NO. _____

The following papers, numbered 1 to _____ , were read on this motion to/for _____

| Notice of Motion/Order to Show Cause — Affidavits — Exhibits | No(s). _____ |
| Answering Affidavits — Exhibits | No(s). _____ |
| Replying Affidavits | No(s). _____ |

Upon the foregoing papers, it is ordered that this motion is

[handwritten:] and upon argument petition denied and the proceeding is dismissed for the reasons stated on the record today. The clerk shall enter a judgment confirming the award of the arbitrator.

**UNFILED JUDGMENT**
This judgment has not been entered by the County Clerk and notice of entry cannot be served based hereon. To obtain entry, counsel or authorized representative must appear in person at the Judgment Clerk's Desk (Room 141B).

RECEIVED DEC 14 2018
GENERAL CLERK'S OFFICE
NYS SUPREME COURT - CIVIL

Dated: 11/27/18

SHLOMO HAGLER , J.S.C.
J.S.C.

1. CHECK ONE: ............................... ☒ CASE DISPOSED    ☐ NON-FINAL DISPOSITION
2. CHECK AS APPROPRIATE: ...........MOTION IS: ☐ GRANTED  ☒ DENIED  ☐ GRANTED IN PART  ☐ OTHER
3. CHECK IF APPROPRIATE: ................................. ☐ SETTLE ORDER    ☐ SUBMIT ORDER
                                                              ☐ DO NOT POST    ☐ FIDUCIARY APPOINTMENT    ☐ REFERENCE

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE
FOR THE FOLLOWING REASON(S):