## DECLARATION OF SERVICE

**SHAINA WOOD,** an attorney admitted to practice before the Courts of the State of New York, declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746, that: on the 6th day of May, 2019, she served the referenced Declaration of Shaina Wood, and copies of all unreported Exhibits attached thereto, upon Rupert Green, Petitioner *Pro Se*, by mailing one (1) copy of the same by depositing the same, enclosed in a postpaid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to said person at 205-26 113th Avenue., St. Albans, New York 11412.

/s/ Shaina Wood

Shaina Wood

Dated: May 6, 2019
      New York, New York