RUPERT GREEN
205-26 113 Ave.
St. Albans, NY 11412

Honorable Analisa Torres											August 13, 2019
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Dr. Rupert Green v. The Department of Education of the City of
          New York; Carmen Farina
          18-CV-10817 (AT)(GWG)

Dear Judge Torres,

I am today submitting to you my Objections to the Report and Recommendation of Magistrate Judge Gabriel W. Gorenstein.

Magistrate Gorenstein gave me permission to submit an Amended Complaint. Therefore, I intend on filing an Amended Complaint to this Court on or before August 31, 2019.

Thank you for your consideration.

Respectfully,

Rupert Green

CC: NYC Law Department
     (via personal service)

*RECEIVED SDNY PRO SE OFFICE 2019 AUG 13 PM 1:53*