USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/19

# MEMO ENDORSED

**RUPERT GREEN**
205-26 113 Ave.
St. Albans, NY 11412

August 13, 2019

Honorable Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Dr. Rupert Green v. The Department of Education of the City of New York; Carmen Farina
    18-CV-10817 (AT)(GWG)

Dear Judge Torres,

I am today submitting to you my Objections to the Report and Recommendation of Magistrate Judge Gabriel W. Gorenstein.

Magistrate Gorenstein gave me permission to submit an Amended Complaint. Therefore, I intend on filing an Amended Complaint to this Court on or before August 31, 2019.

Thank you for your consideration.

Respectfully,

*[signature]*

Rupert Green

CC: NYC Law Department
    (via personal service)

RECEIVED
SDNY PRO SE OFFICE
2019 AUG 13 PM 1:53

---

The Report and Recommendation does not authorize plaintiff to file an amended complaint. It merely recommends that permission be given. Thus, plaintiff must await Judge Torres's ruling on the recommendation.

Construing this letter as seeking permission to file an amended complaint at this time, that permission is denied.

**Copies mailed by chambers**

SO ORDERED.  DATE: 8/14/2019

*[signature]*

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE