UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

DR. RUPERT GREEN,

               Plaintiff,

     - against -

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK; and THE UNITED
FEDERATION OF TEACHERS,

               Defendants.

----------------------------------------------------------------------X

1:18-cv-10817 (AT) (GWG)

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that Robert T. Reilly (Oriana Vigliotti, of counsel) hereby appears in this action as attorney for Defendant United Federation of Teachers, and respectfully requests that all future correspondence, papers, pleadings, filings, Electronic Case Filing notifications, and other information concerning this action be served upon the undersigned at the address/e-mail address set forth below.

Dated: New York, New York
       November 6, 2019

                            ROBERT T. REILLY

                    By:    /s/ Oriana Vigliotti
                            Oriana Vigliotti
                            Of Counsel
                            52 Broadway, 9th Floor
                            New York, New York 10004
                            (212) 228-3382 x110
                            ovigliot@nysutmail.org
                            *Attorney for Defendant*
                            *United Federation of Teachers*

To:   Dr. Rupert Green (via ECF and U.S. mail)
      205-26 113th Avenue
      St. Albans, NY 11412
      (917) 601-6425
      *Pro Se*

      Shaina Wood, Esq. (via ECF)
      Corporation Counsel Office City of New York
      100 Church Street
      New York, NY 10007
      (212) 356-2440
      Email: shwood@law.nyc.gov