UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

DR. RUPERT GREEN

                                                            Plaintiff(s)

                     -against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK
; and THE UNITED FEDERATION OF TEACHERS

                                                          Defendant(s)
_____X

18 CIV. 10817 (AT) (GWG)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK  SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at Westchester County, New York

That on November 14, 2019 at 12:30 PM, at 52 BROADWAY, 9TH FLOOR, BROADWAY, NEW YORK 10004

Deponent served the within AMENDED COMPLAINT AND OTHER DOCUMENTS

ON: THE UNITED FEDERATION OF TEACHERS    therein named,

**CORPORATION**
X
    a DOMESTIC corporation, by delivering thereat a true copy of each to ERIE BREWSTER personally, deponent knew said corporation so served to be the corporation described in same as said recipient and knew said individual to be the AGENT AUTHORIZED TO ACCEPT SERVICE thereof.

**DESCRIPTION**
X
    FEMALE    BROWN SKIN    BLACK HAIR    21-35 YRS    5'4" - 5'8"    131- 160 LBS.

**MILITARY SERVICE**
X
    I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian and no military uniform. The sources of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or Federal Statutes.

Sworn to before me on this 14
day of November 20 19

NOTARY PUBLIC OR COMMISIONER OF DEEDS

    VINCENT J. VANASCO
    State of New York
    Notary Kings County
    Lic # 01VA6251377
    EXPIRES 12/12/19

Robert Givens

License No. 2063942

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

DR. RUPERT GREEN,

                       Plaintiff          DOCKET NO. 18 Civ. 10817 (AT) (GWG)

   -against-

                                             AMENDED COMPLAINT
                                            *Jury Trial Demanded*

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK; and THE UNITED
FEDERATION OF TEACHERS,

                     Defendants

———————————————————————x

PLAINTIFF DR. RUPERT GREEN, ("Plaintiff") proceeding Pro Se, as and for his Summons and Complaint filed to protect his Constitutional rights against the above-captioned Defendants DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK (henceforth "DOE) and his union, the UNITED FEDERATION OF TEACHERS (henceforth "UFT"), alleges upon knowledge as to his own facts and upon information and belief as to all other matters:

## PRELIMINARY STATEMENT

1. This is a civil action seeking injunctive relief, monetary relief, including past and on-going economic loss, compensatory and punitive damages for wrongful termination due to violations of Constitutionally protected rights given to him as a tenured teacher under Education Law 3020-a namely to have a proper determination of probable cause before any charges were filed diminishing his property and liberty rights, and to speak as a citizen on a matter of public concern without retaliation. Plaintiff brings this action under, 42 U.S.C. § 1983, 29 U.S.C. §185

1