# **DECLARATION OF SERVICE**

**ORIANA VIGLIOTTI**, an attorney admitted to practice before the Courts of the State of New York, declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C § 1746, that: on the 11th day of December, 2019, she served the referenced Notice of Motion, Notice of Rule 12.1, Memorandum of Law in Support of Motion to Dismiss, of United Federation of Teachers, Local 2, AFT, AFL-CIO Declaration of Oriana Vigliotti, and copies of all unreported cases cited in the Memorandum of Law, upon Rupert Green, Plaintiff *Pro Se*, by mailing one (1) copy of the same by depositing the same, enclosed in a postpaid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to said person at 205-26 113th Avenue., St. Albans, New York 11412.

/s/ Oriana Vigliotti
ORIANA VIGLIOTTI (OV 6784)

New York, New York
December 11, 2019