UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. RUPERT GREEN,

                     Plaintiff,

-v.-

DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK, et al.

                    Defendants.
-----------------------------------------------------------------X

ORDER
18 Civ. 10817 (AT) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Defendant Department of Education ("DoE") has filed a memorandum of law in support of its motion to dismiss the amended complaint (Docket # 44) that is largely identical to its previous filing (Docket # 15). Because the memorandum does not address the Court's previous ruling in its favor, DoE is directed to submit a supplemental memorandum addressing the following:

      1. How, if at all, the Amended Complaint (Docket # 34) differs from the Complaint (Docket # 1) with respect to the allegations against DoE.

      2. How the Court's opinion (Docket ## 28, 33) applies to the changes reflected in the Amended Complaint.

      3. To the extent that the Amended Complaint is different from the Complaint and the Court's opinion does not address the issues raised in the Amended Complaint, the defendant should specify its arguments for dismissing the new allegations or claims against DoE in the Amended Complaint.

      The supplemental memorandum shall be filed on or before January 3, 2020. Plaintiff shall respond to DoE's motion to dismiss —as well as the motion to dismiss of The United Federation of Teachers — on or before January 24, 2020. Any reply may be filed by February 7, 2020.

      SO ORDERED.

Dated: December 17, 2019
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge

Copy mailed to:

Rupert Green
205-26 113th Avenue
St. Albans, NY 11412