**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Tuesday, February 03, 2015 3:07 PM |
| **To:** | Romano Michael (79M645); Barry Amadou; Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett  (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon  (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79m645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha  (13K605); Orlando Virginia R (79M645); Philbin William (K605); Calderon Kelly (79M645); Levine Bernice (79M645); Sanchez  Rivas Tania(79M645); Konze Alicia (27Q650); Bonilla Roxana (79M645); Ferguson Donald Q (79M645); ntelemaque.schools.nyc.gov@gmail.com; Peterson Carolyn (79M645); Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy; Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645) |
| **Subject:** | RE: 2015 calendar/awards day flier |

Economists Say Millennials Should Consider Careers In Trades
http://www.npr.org/2015/02/02/383335110/economists-say-millennials-should-consider-careers-in-trades

My colleague in London, Dr. Roberts, sent me this. True,  there is the need for what is known as middle-level workers. Is our school preparing these workers?  The majority of our students will not work as such .  As we move to make CoOp Tech a special needs school, satisfying the old stereotype that vocational education is good only for Blacks, Latinos, and the disabled, we need to consider if stakeholders are getting the bang for its buck.  One day somebody will look and see that it costs $46,000 a year for a Harvard or any Ivy League education, while it cost $100, 000 a year at Co-Op tech.  Notwithstanding that our budget is hidden, it can be accessed by researchers.

We need to remember the fact that District 79 was, not so long ago, overhauled because it once had programs where large sums was being wasted on warehousing Black, Latinos, and pregnant teens.

For those of you who did not know, or were at different training venues, Ms. Polite put on an impressive performance for the Job of AP at Coop Tech. I do not know if it is advertised as yet, but as per regulation it must.  Irrespective, Principal Widlund stated he wanted someone with Special Ed Back ground, and CTE background was unnecessary.  Ms. Polite has special ed background and believe her experience as a pregnant teen elevated her credential for the position.

For too long we sat back and let  the district foisted people on us.  Such was possible because of possible beliefs our intelligence did not match that of academic teachers.  In academic schools, math teachers would not sit back and see a social study teacher become AP of Math. The law is that whomever seeks to become administrator of special subject area must have taught in that area. It is so for individuals seeking to become CTE administrators.

0475

We also played along in D79  scam by selecting the people sent us and then conducting sham C-30.  If principal Widuland care about our children as he advocates, we must not continue such scam.  Chancellor Farina has shut the door on some of the previous scams that denied our children quality education. She demands that anyone wishing to become an administrator must have taught set number of years (5-7). One of our APs who came here and had to ask teachers what was CTE sketched by the regulation.

But more seriously, what message is our principal sending to our colleagues who have CTE licence, special education background, and have  put in the time working side by side with us?  Is it  that he believes they ( Ms. Dejesus, Ms. Richards, Mr. Johnson and others ) are  are not intelligent enough?   Since we have worked with principal Widlund all these years and have covered for and protect him, do you believe the matter is out of his hand?

We must select members to sit on a C-30 committee and we must make the selection of the committee members transparent to indicate we have a say in our school, as mandated by Chancellors Reg.  If the selection process does not conform to the Chancellor's and the state regulation, it will endure scrutiny.  This issue is about respect for our colleagues, the future of our school; thus, liking or not liking the messenger is inconsequential.  Remember the messenger was right about email. You all have to us it now.

Principal Widlund challenged us to step up. I do not need to go to his office to answer the challenge, just send an email to links where grants are available and I others will act.

Lets step up for respect and say we are intelligent CTE educators.
Dr. Green




accorded her

0476

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Thursday, February 05, 2015 8:14 AM |
| **To:** | Konze Alicia (27Q650); Romano Michael (79M645); Barry Amadou; Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605); Ackil Michael (75M079); Buisson Telaine; Downing Jonathan (79Q535); Ferguson Cherry Ann (27Q410); Fernandez Lin (79M645); Guerrero Jose V (79M645); Hamm Shawn; Jackson Natascha (16K455); Kennedy Joseph (79M645); Ovando David; Perez Dilcia Sanchez Rivas Tania(79M645) |
| **Cc:** | |
| **Subject:** | RE: Per Session Postings - Spring (PENDING FUNDING AVAILABILITY) |

Thank you Ms. Konze. Its good that fair play, equal opportunity, non-favoritism, and the use of technology to satisfy Chancellors' Reg  is being elevated at our school.

**Could you ascertain information regarding the Saturday Academy to develop a farm system of middle school students, and to use CTE to promote a love of STEM in them.  The CISCO presenters at the staff development revealed how such ideas are being pushed and funded across the nation. I am elated to the the principal keeping his words.  Could you also ascertain if he will be pointing us to grants we could apply for to actualize the Saturday Academy initiative?**

Green

**I am sending this email on behalf of Mr. Widlund.**

------------------------------------------------------------------

Good Afternoon:

The per session postings for the upcoming Spring semester has been posted in the Coop Tech Main Office. For your convenience, I have attached them to this email as well.  Please read through the job descriptions and responsibilities carefully.

If you are interested in applying please be sure to do the following:

<u>**Important Note:  These per session postings are strictly pending funding availability and you will be notified if funds are available in March 2015 and hours allocated.**</u>

1                                                    0477

1. Complete an OP175 form (which is also attached for your convenience), indicating the posting you are applying to.

2. Print and attach a copy of your resume.

3. Submit your resume and OP 175 to Ms. Sanchez by Friday, February 27, 2015.

4. Submit an explanation of activities you are planning and a list of students involved for approval.

If you have any questions, please feel free to stop by and see Mr. Widlund.

Thank you,

*Alicia Konze*
*Secretary*
School of Cooperative Technical Education
321 E. 96th Street, New York, NY 10128
T. 212-369-8800 Ext 3313   F. 212-876-9290
akonze@schools.nyc.gov

*"It is in your moments of decision that your destiny is shaped."* ~Tony Robbins

0478

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Thursday, February 05, 2015 8:23 AM |
| **To:** | Konze Alicia (27Q650); Romano Michael (79M645); Barry Amadou; Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605); Ackil Michael (75M079); Bentley Kimberly (000NSF); Buisson Telaine; Downing Jonathan (79Q535); Ferguson Cherry Ann (27Q410); Fernandez Lin (79M645); Guerrero Jose V (79M645); Hamm Shawn; Jackson Natascha (16K455); Kennedy Joseph (79M645); Ovando David; Perez Dilcia |
| **Cc:** | Widlund John; Sanchez Rivas Tania(79M645); Ferguson Donald Q (79M645) |
| **Subject:** | African American History Month Scholarship |

Dear Principal Widlund, I would like to contribute a $500.00 scholarship for an African American History Month project to share with a class , as well as with an individual student with the best presentation.  Problem is I only have $250.00 for the class with the best presentation. The presentation could be a multimedia presentation or any other media. The best project will be judged by students' peers. I would appreciate your advice on how we can obtain the other $250.00 and how we may advance the project.

Dr. Green

*Frestiny is shaped."* ~Tony Robbins

1

0479

# C-30 COMMITTEE ATTENDANCE SHEET

SCHOOL: CooPTech

POSITION: Principal

DATE: 10/23/15

| Name | Title | Address | Signature |
|------|-------|---------|-----------|
| Marie Polinsky | CSA rep. | | Marie Polinsky |
| Virginia R Orkiepia | UFT rep. | | |
| Christopher Williams | UFT rep. | | |
| Robert Zweig | Superintendent rep. | | |
| Loya Antonio | Parent | | I lou Evico |
| Michael Nolasco | Parent | | Michael Nolasco |
| | Parent | | |
| | Parent | | |
| | Parent | | |
| | Parent | | |
| | Parent | | |
| Jose Ariza | DC 37 rep. | | Jose Ariza |
| Allen Gonzalez | Student | | |
| Brittany Shefarol | Student | | |
| | Principal | | |

# C-30 CANDIDATE'S ATTENDANCE SHEET

School: CooP Tech    Position: Principal    Date: 10/26/15

| Candidate Name | | Interview Time |
|---|---|---|
| Tasah Montalbano | *(signature)* | 4:30 |
| Audrey Manian | | 5:00 |
| Jeffrey Hasius | *(signature)* | 5:30 |
| Antonio Asocho | *(signature)* | 6:00 |
| Corey Faber | *(signature)* | 6:30 |
| Michael Salek | *(signature)* | 7:00 |
| | | |
| | | |

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Friday, February 06, 2015 7:35 AM |
| **To:** | Nieznalski Piotr (02M625); Konze Alicia (27Q650); Romano Michael (79M645); Barry Amadou; Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605); Ackil Michael (75M079); Buisson Telaine; Downing Jonathan (79Q535); Ferguson Cherry Ann (27Q410); Fernandez Lin (79M645); Guerrero Jose V (79M645); Hamm Shawn; Jackson Natascha (16K455); Kennedy Joseph (79M645); Ovando David; Perez Dilcia |
| **Cc:** | Sanchez Rivas Tania(79M645) |
| **Subject:** | RE: Per Session Postings - Spring (PENDING FUNDING AVAILABILITY) |

---

Greetings Dr. Green

Please use the "reply" and not the "reply all" button when communicating back with the original sender.

Thank you for your understanding.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
Mr. Nieznalski
Co-opTech
2014-2015 Directory

Name (* offsite)
Title/Subject Class

*Nieznalski, Piotr
TR/LIC/Basic Carpentry

Hey, Piotr,

I see you are a carpentry teacher and I applaud both your effort to advance my use of technology and your commitment to teaching carpentry to our disadvantaged students. A few questions for my edification: Based on a name search in the included link, http://eservices.nysed.gov/teach/certhelp/CpPersonSearchExternal.do , what is the implication regarding a printer teaching carpentry? Can he/she use power tools, or teaches students to use same? Can such a teacher grant industry certification to students, or even conform to the state's requirement for granting credits? How does same comport to state requirement that only licensed teachers in their subject areas must be teaching students? Remember, its a criminal offense for a school to grant credits if the teacher is not licensed in the area she/he is teaching. Anyway,

1

0480

do I gather that your communication was to inform me and all our colleagues you are willing to offer your expertise with the African American History Month project I am proposing?

Green

———————

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Tuesday, February 10, 2015 1:20 PM |
| **To:** | Konze Alicia (27Q650); Romano Michael (79M645); Barry Amadou; Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605); Ackil Michael (75M079); Bentley Kimberly (000NSF); Buisson Telaine; Downing Jonathan (79Q535); Ferguson Cherry Ann (27Q410); Fernandez Lin (79M645); Guerrero Jose V (79M645); Hamm Shawn; Jackson Natascha (16K455); Kennedy Joseph (79M645); Ovando David; Perez Dilcia; Ferguson Donald Q (79M645) |
| **Cc:** | Sanchez Rivas Tania (79M645) |
| **Subject:** | RE: African American History Month Scholarship |

You should see the excellent panorama of artifacts explicating the struggles Blacks undertook for Civil Right that Ms. Ferguson has displayed on the third floor. It is so moving and captivating. Down stairs, on the television beside security, I saw an excellent display including Blacks in science, engineering, and technology that was attributable to Mr. Nico.

Ms. Ferguson, Mr. Nico, and teachers who take the time to teach about Black History Month are to be commended. My students will compete with their multimedia project that I will have them construct. As some educators embrace the view that it is unessential to teach Black History, would you say is it similarly unessential to teach about Women and Latino History Months?

Questions: A colleague revealed that a retired and F-Status AP reported he will be observing him? Could someone provide me the section in the Chancellor Regulation that provides the legal grounding for such action? Furthermore, if an F-Status individual has to be observing teachers, is there an adverse implication regarding his execution of duties that are the prerogative of the principal?

0482

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Thursday, February 12, 2015 9:13 AM |
| **To:** | Konze Alicia (27Q650); Romano Michael (79M645); Barry Amadou; Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauérhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha  (13K605); Orlando Virginia R (79M645); Philbin William (K605); Ackil Michael (75M079); Bentley Kimberly (000NSF); Buisson Telaine; Downing Jonathan (79Q535); Ferguson Cherry Ann  (27Q410); Fernandez Lin (79M645); Guerrero Jose V (79M645); Hamm Shawn; Jackson Natascha (16K455); Kennedy Joseph (79M645); Ovando David; Perez Dilcia |
| **Cc:** | Ferguson Donald Q (79M645) |
| **Subject:** | RE: African American History Month Scholarship |

Hello Folks, ABENY shared the following. http://abeny.org/

Council of School Supervisors and Administrators
40 Rector Street, 12th Floor, New York, NY 10006-1729

# 2015 SCHOLARSHIP INSTRUCTIONS

### ∞ _ONLY For Supervisors To Read_ ∞

CSA is pleased to announce that a scholarship has been established for college-bound students. This scholarship is open to all students graduating from a NYC Public School who will be attending any college, including community college, in the fall. The scholarship is intended for a student who shows leadership in school or outside school, or might have overcome hardships to reach graduation. The award is not based on the GPA or SAT scores of the student. In fact, the student is not asked to list them or provide a transcript. CSA Scholarship Guidelines ask you to choose a student who you believe shows potential and academic promise.

a. Each school may submit up to three (3) student applications. One per borough will be awarded and presented at a dinner at the **LaGuardia Marriott, on June 10, 2015.** Each award is **$1500.**

b. There are **three** parts to the application that must be fully filled out: The **Application, (4) Personal Statements, and Supervisor Verification.** Incomplete applications will not be accepted.

c. The **Application** (1 page) and **Personal Statements** (4 pages) are to be given to the **student(s)** and must be filled out **completely.**

1

0483

d.  The completed **Application** and **Personal Statements** are returned to the Assistant Principal or Principal no later than **Monday, April 13, 2015,** who then completes the **Verification** (1 page) form and sends the 6 pages to CSA.

e.  **The completed forms are due to CSA nö later than Monday, April 27, 2015.**

f.  Do not have the student contact CSA.

Please **scan** the 6 pages of each complete application and send the scanned file(s) via email to scholarshipcommittee@csa-nyc.org. or **mail** to: CSA, **Attention: Erminia Claudio**, 40 Rector Street, 12th Floor, New York NY 10006-1729.

*Questions: Feel free to email erminia@csa-nyc.org. or call (212) 823-2025*

2

Council of School Supervisors and Administrators

40 Rector Street, 12th Floor, New York, NY 10006-1729

## 2015 SCHOLARSHIP APPLICATION

**CSA will award $1500 to one student from each borough. The scholarship will be awarded on June 10, 2015.**
**The applications are due to the Principal or Assistant Principal no later than Monday, April 13, 2015.**
*Please print or type the following information:*

1.  First Name _____ Last Name_____
2.  DOB _____/_____/_____
3.  Gender  M_____  F_____
4.  Home Address_____
5.  City_____  State____  Zip_____
6.  Home Phone  (____)_____-_____
7.  SS# _____-_____-_____ (Required by Federal Tax Law.)
8.  E-mail address _____@_____
9.  High School Name _____
10. Borough _____
11. Principal's Name _____
12. Graduation Date: _____/_____
13. College you plan to attend _____
14. List activities outside of school, including jobs and volunteer work:

    _____
    _____
    _____
    _____

15. List activities in school, such as clubs, teams, etc.:

    _____
    _____
    _____
    _____

16. Name and title of the supervisor  who will sign the Supervisor Verification Form:

    Name _____Title _____

**I certify that all the information I have submitted is accurate and true.**
Signature _____ Date _____/_____/_____

## 2015 STUDENT PERSONAL STATEMENTS

0485

*You are to briefly respond to **four** questions in a typewritten, double-spaced format that does not exceed the space provided on each page.*

1.   **How do you personally demonstrate leadership in your life in school and outside of school?**

4

## 2015 STUDENT PERSONAL STATEMENTS

*You are to briefly respond to **four** questions in a typewritten, double-spaced format that does not exceed the space provided on each page.*

**2.  What does winning this award mean to you?**

0487

## 2015 STUDENT PERSONAL STATEMENTS

*You are to briefly respond to **four** questions in a typewritten, double-spaced format that does not exceed the space provided on each page.*

3. **Identify someone who influenced you and describe how.**

0488

## 2015 STUDENT PERSONAL STATEMENTS

*You are to briefly respond to **four** questions in a typewritten, double-spaced format that does not exceed the space provided on each page.*

**4.   How will a college education help you to achieve your professional aspirations and personal goals?**

Council of School Supervisors and Administrators
40 Rector Street, 12th Floor, New York, NY 10006-1729

## 2015 SUPERVISOR VERIFICATION FORM

0489

*Please review the forms submitted to you by the student and complete this page.*

1. Applicant's name: First _____ Last _____
2. School Name _____
3. Borough: _____
4. Academic Promise Rating: (lowest) 1  2  3  4  5  6  7  8  9  10 (highest)
5. Title I Eligible: Yes _____  No _____
6. Please list the student's personal qualities:
   _____
   _____
   _____
   _____

7. Please add any comments that would help us evaluate the applicant:
   _____
   _____
   _____
   _____

8. Is there anything that sets this student apart?
   _____
   _____
   _____

9. Has the student had to overcome hardships?
   _____
   _____
   _____

I certify that to the best of my knowledge the information on these forms is complete and accurate.
Your Name (please print)_____ Title _____
Signature_____ Date ____/____/____
**MUST BE SIGNED BY THE PRINCIPAL OR ASSISTANT PRINCIPAL.**
**The completed forms are due at CSA no later than Monday, April 27, 2015.**

Preferably, please **scan** the 6 pages of each application and send the scanned file(s) via email to
scholarshipcommittee@csa-nyc.org or mail to: CSA, **Attention: Erminia Claudio**, 40 Rector Street, 12th Floor, New York,
NY 10006-1729.

Dr. Green

*"Frestiny is shaped."* ~Tony Robbins

8

0490

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Friday, March 06, 2015 6:13 AM |
| **To:** | Ferguson Donald Q (79M645); Levine Bernice (79M645); Sanchez Rivas Tania(79M645); Konze Alicia (27Q650); Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy; Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605) |
| **Subject:** | RE: Website Upgrade |

I guess the disdain and contempt that our chapter chair has for us is such that he can ignore all the tenets of his duties, including the initiation of the process for the selection of a new leader. I am purposely remaining mum as a matter of tactic and strategy. As all the back room planing at selecting a non CTE certified AP, while ignoring qualified colleagues at our school, for a position that is not yet listed on the DOE website, as mandated by the DOE, bespeaks, collusion, nepotism, and fraudulent procedures to deny equal opportunity as advanced by the DOE, will go down in flame. You even see in front of you, where individuals with no teaching experience are being groomed to be administrators. The state and the chancellors policies are most informative.

It is up to you to demonstrate you fool a teacher once but you do not get the chance to do so twice. Our principal is a good guy, so the lack of union leadership did not adversely impact us. But as educators, we must be futuristic, looking ahead. What if a tyrannical individual was to come here as administrator? It is already a long held belief that CTE teachers are not too...

Dr. Green

0491

**Konze Alicia (79M645)**

|  |  |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Monday, March 09, 2015 12:25 PM |
| **To:** | Ferguson Donald Q (79M645); Levine Bernice (79M645); Sanchez  Rivas Tania(79M645); Konze Alicia (27Q650); Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy; Hernandez Antonio; Lozada Annette; Toro Angela J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Fernandez Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett  (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha  (13K605); Orlando Virginia R (79M645); Philbin William (K605) |
| **Subject:** | PTA and School Leadership |

When are we going to establish a school leadership team at Coop Tech as sent forth in the Chancellor's guideline? Additionally, when are we going to establish a parents teacher association as set forth in said Reg? Certain essential businesses that schools must undertake cannot be done without those groups in place.  For a long time we flaunted the regulation by declaring that CoOp Tech was not a school.  It was like how many in NYC maintained a segregated fire department (97% White) in a 75% Black and Latino city by stating Blacks and Latinos were not qualified. Nonetheless, if there is a Chancellor Reg that say our school is permitted to not have a PTA, then it must be revealed. Otherwise a PTA must be established, or no other business can advance.

Dr. Green

F

**Konze Alicia (79M645)**

| | |
|---|---|
| **Subject:** | RE: Opening for An Assistant Principal of Guidance |

**From:** Green Rupert (79M645)
**Sent:** Friday, March 13, 2015 6:20 AM
**To:** Cabrera David (79M645); Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Florica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Bentley Kimberly (000NSF); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605)
**Cc:** Ferguson Donald Q (79M645)
**Subject:** RE: Opening for An Assistant Principal of Guidance

So, If I am reading correctly, this announcement is not for the AP position at CoOp Tech for Which Principal Widlund announced he wanted a Special Education AP, without CTE background. And for which a presenter, at one of the beginning of the school year workshops, listed having two children out of wedlock as her highest qualification for the position? Having out of wedlock children is not deleterious in current society. In the old days, a married female teacher could not be seen holding her husband hand in public, neither could she get pregnant during the school year. Oh such horrible days. We have progressed to the extent that students can have children? Funny thing about the CoOP Tech AP position is it is not listed by the DOE, but in a manner akin to the old days of politics, it has already being announced in a smoke filled backroom and the person is already chosen.

In that manner, it suggests CoOp Tech's CTE teachers need not apply, as they lack the qualification for such a position. Sadly, it is still a long held belief that CTE educators are dummies, with reading levels one sentence above students they teach. However, I have been assessing CoOp Tech educators and there will be a rude awaking for anyone who acts on the basis of such beliefs, which is as contemptuous as the one the Chapter Chair has for us as educators. When will he initiate actions to elect a real, honorable, and respectful chair? Not that the Chair is not possessing of such characteristics. Indeed, he is a good man who acted in his and his family's best interest. He only forgot we are part of his family.

Anyway, back to the issue of an AP for CoOp Tech. Any action to sneak one under the rug that deviates from the Chancellor's Regulation will face challenge and could flame or be put out as a Phoenix.

Dr. Green

View this email in your
browser

## Dear Colleagues,

In the fall, Manhattan Comprehensive Night and
Day High School is anticipating an opening for an

0493

assistant principal of guidance for our night program (Monday-Friday, 1:35 pm - 9:35 pm).

MCNDHS is a transfer school focused on serving older students many of whom are multi-language learners. You can learn more about our program online at www.mcndhs.com.

We will be holding two Open Houses on
- Tuesday, March 24 at 6:00 pm and
- Tuesday, March 31 at 6:00 pm

to give candidates interested in this position an opportunity to visit our school, learn about our program and meet a few members of our school community.

Of course, after the Open House if you are interested in talking with us further, you can leave us your resume.

If you plan on attending, please RSVP HERE

Warm regards,

Michael Toise

Principal

Copyright © 2015 Manhattan Comprehensive Night and Day High School, All rights

0494

## Konze Alicia (79M645)

**From:** Green Rupert (79M645)
**Sent:** Monday, March 16, 2015 11:18 AM
**To:** Ferguson Donald Q (79M645); Levine Bernice (79M645); Sanchez Rivas Tania(79M645); Konze Alicia (27Q650); Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy; Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Carabalio Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605)
**Subject:** Grant Money

Hello All: Anyone interested in being part of a team submitting for a grant that could mean $150,000 each over three years ( independent of DOE), please contact me . We have 28 days to submit a proposal to help integrate STEM in academics.  We need individuals with budgeting, math, science, CTE, computer, and research experiences.

Please read attached. So far the potential team members are Mr. Ochoa, Mr. Williams, Mr. Johnson, Ms. Perez, Ms. Ferguson, and Principal Widlund, and me.  We can compose multiple teams and submit for different funding.

Please open the first item in the following link.

Dr. Green

http://www.grants.gov/web/grants/search-grants.html?keywords=NSF%2015-537

0495

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Wednesday, March 18, 2015 12:26 PM |
| **To:** | Ferguson Donald Q (79M645); Levine Bernice (79M645); Sanchez  Rivas Tania(79M645); Konze Alicia (27Q650); Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy; Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett  (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha  (13K605); Orlando Virginia R (79M645); Philbin William (K605) |
| **Subject:** | Our Schools |
| **Attachments:** | our schools.docx |

Lets help failing schools.

0496

The links in **Appendix A** exemplifies the pathological condition where, for over 25 years, NYC specialized HS gave the impression that Blacks and Latinos are intellectually inferior. I researched the issue and wrote to the Chancellor about the disparity (**Appendix B)** and received the response in **Appendix C**. Near a year later, the problem has gotten worse. Indeed, many NYC residents object to changing the SHSAT entrance exam, fearing that it would add unqualified Black and Hispanic students and lower the quality of the school. **Appendix D** alludes to that fear.

Now the *Daily News* report of the failure mills in segregated Black and Latino schools in the city. My soon to be published report by SAGE will show that the Best schools are in Staten Island led by male principals; the Worse in Brooklyn led by either male or female principals. Some of the worse schools are small schools in Manhattan, and Bronx with almost 90% Blacks or Hispanics female students led by female principals. Still, female principals in Manhattan received the highest Grade A for their schools. Brooklyn received the most Grade F. The second highest performing schools are those in Queens. Staten Island and Queens succeed because their schools are socioeconomically integrated; the other boroughs fail because they concentrate poverty in segregated schools that has neither Whites nor Asian students.

**Socioeconomic integration is the solution to failing NYC schools.**

Note. There is no overall significant difference between male and female principal led schools, but inter-borough differences were found.

Dr. Green

## Appendix A

http://www.ischoolguide.com/articles/9189/20150312/nyc-education-department-data-shows-diversity-still-lacking-elite-public.htm

## Appendix B

Dear Chancellor Farina, The historically low number of Black and Hispanic children in our specialized high schools is most distressing; it informed my attached article, and the ensuing conversation. As a NYC educator, I would love the opportunity to suggest some solutions to the problem.

Dr. Rupert Green NYC Educator

## Appendix C

Dear Dr. Green:

Thank you for your recent email to the Chancellor regarding New York City's specialized high schools. We appreciate you sharing your concerns with us.

The Department of Education is committed to reflect the diversity of our City in our top-tier schools. In the coming months we will be looking at ways to do just that, and welcome suggestions from all New York City residents.

Improving public education in New York City is the responsibility of our entire community. Together, we all have a part to play in improving student achievement and providing every student in New York City with an excellent education. I thank you for helping in that effort, and for your continued support of New York City's public school students, teachers, and administrators.

I hope this information has been helpful. Thank you again for writing to the Chancellor.

Sincerely,

Michael W. Morrisey
Communications Associate
Chancellor's Strategic Response Group
52 Chambers Street | New York, NY 10007

**Appendix D**

Brooklyn Tech Alumni Foundation President Larry Cary said the diversity issue can be solved by increasing the number of minority students taking the test and preparing them to perform well.
"We are committed to maintaining the test as the sole criterion for admission because we believe that is the best system available to admit kids solely on the basis of merit," said Cary.

0498

**Konze Alicia (79M645)**

**Subject:**                        RE: The welfare of students

**From:** Green Rupert (79M645)
**Sent:** Thursday, March 19, 2015 8:21 AM
**To:** Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Bentley Kimberly (000NSF); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605); Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy; Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Bonilla Roxana (79M645); Ferguson Donald Q (79M645); ntelemaque.schools.nyc.gov@gmail.com; Peterson Carolyn (79M645); Widlund John; Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645)
**Subject:** The welfare of students

Hello Colleagues: At one time CTE teacher of the year were honored at a ceremony at UFT headquarters. Teachers were allowed to choose the teacher who they believed made significant contributions to the advancement of CTE and the education and welfare of students. Naturally, at CoOp Tech, a nefarious process eliminated teachers' participation and the chapter chairs nominated themselves, voted for themselves, and declared themselves winners.


Now with a more educated set of teachers, I would hope that process was changed. Thus, the question: Has any of our teachers received a nomination form with the criteria for how to advance the election of our teacher of the year.

Mr. Biardi has been our chapter chair for some years now. We quite understand that little or no union meetings have been held, and the representation well....what can I say. Granted that we are now dispersed, computers could be used to accommodate meetings. Thus it is necessary for the chapter chair to understand how to use a computer.


Mr. Biardi has designated Lin Fernandez to replace him, but he has not set up the process for nominating a replacement. Being cognizant of the caliber off representation accorded by Mr. Biardi, I would gladly support his choice of Mr. Fernandez, if my colleagues believe he embodies the representation accorded by Mr. Biardi and which it is most suitable.

0499

I would inform of Mr. Lins's propensity for wanting TO BEAT DOWN FEMALE COLLEAGUES, and threatening bring Civil Rights suit against a colleague who sent him an email, being that he had difficulty accessing and understanding the content of an email advancing pedagogical practices to help our students succeed.

So if Mr. Biardi's protegee demonstrates an ability to use computer to accommodate meetings to our diverse and dispersed educators, and you are comfortable with his aforementioned propensity, he will be our next chapter chair.


Dr. Green

0500

## Konze Alicia (79M645)

**From:** Green Rupert (79M645)
**Sent:** Thursday, April 16, 2015 8:20 AM
**To:** Cabrera David (79M645); Calderon Kelly (79M645); Levine Bernice (79M645); Sanchez Rivas Tania(79M645); Konze Alicia (27Q650); Bonilla Roxana (79M645); Ferguson Donald Q (79M645); ntelemaque.schools.nyc.gov@gmail.com; Peterson Carolyn (79M645); Widlund John; Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy; Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon  (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Bentley Kimberly (000NSF); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha  (13K605); Orlando Virginia R (79M645); Philbin William (K605)
**Subject:** collegiality - Helping a colleague in need- Lets do it for Nellie
**Attachments:** picrdoc.doc

---

Yesterday, Bernice, our venerable payroll secretary with over 25 years experience, expressed concern that our school was nor representing. The concern was regarding an email explaining that one of our colleagues' house was burnt down and was asking that we do something to show that Coop Tech's staff are caring.

Bernice was so alarmed at the non-response that later in the day, I saw her limping to teachers she knows are progressive to see if she could collect some money to take shame out of our school's face.

That is really disturbing to think our school is not caring about staff members.  Anyway, I informed her that perhaps the response was for the fact our staff needed a reminder. So I take this opportunity to remind you it is not a nice thing to be burnt out, being placed in Red Cross housing, and believing your colleagues do not care.

So let's rise to the occasion with a goal of collecting $2000 or more.

Thanks,

Dr. Green

I write the way I write for a reason.

0502

## Konze Alicia (79M645)

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Thursday, April 23, 2015 5:30 AM |
| **To:** | Calderon Kelly (79M645); Levine Bernice (79M645); Sanchez  Rivas Tania(79M645); Konze Alicia (27Q650); Bonilla Roxana (79M645); Ferguson Donald Q (79M645); ntelemaque.schools.nyc.gov@gmail.com; Peterson Carolyn (79M645); Widlund John; Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy; Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha  (13K605); Orlando Virginia R (79M645); Philbin William (K605) |
| **Subject:** | On Various and Sundry matters |

Thanks for your response to our colleague in need.  You never know when unforeseen events may strike and when you may need the helping hands of you colleagues.

I hear select people are being rewarded with summer persession.  Is that the chancellor's policy regarding persession?

Dr.Green

0503

https://www.dropbox.com/s/wvqpsncovjns3xe/Dear%20colleagues.docx?dl=0

0504

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Friday, April 24, 2015 11:03 AM |
| **To:** | Bonilla Roxana (79M645); Ariza Jose; Caines Randee; Delgado Diane; Ferguson Cherry Ann (79M645); Fernandez Frederick (79M645); Fernandez Lin (79M645); Figueroa Luis A (79M645); Gomez Tisha (13K605); Hernandez Antonio; Isaza John F (79M645); Jhonson Alejandro (79M645); Konze Alicia (27Q650); Leonardo Miguel; Lozada Annette; Ochoa Jose (79M645); Orlando Virginia R (79M645); Patrick Walter (79M645); Perez Dilcia; Sanchez Rivas Tania(79M645); Toro Angelo J (79M645); Widlund John; Williams Christopher (79M645); Cabrera David (79M645); Peterson Carolyn (79M645); Liang Michael (79M645); Reyes Zoraida (79M645); Serna Edwin (79M645); Dejesus Diana (79M645); West Anthony D (79K665) |
| **Subject:** | RE: planning Bernice Levine's Retirement |

For real

DG

**From:** Bonilla Roxana (79M645)
**Sent:** Friday, April 24, 2015 8:44 AM
**To:** Ariza Jose; Caines Randee; Delgado Diane; Ferguson Cherry Ann (79M645); Fernandez Frederick (79M645); Fernandez Lin (79M645); Figueroa Luis A (79M645); Gomez Tisha (13K605); Hernandez Antonio; Isaza John F (79M645); Jhonson Alejandro (79M645); Konze Alicia (27Q650); Leonardo Miguel; Lozada Annette; Ochoa Jose (79M645); Orlando Virginia R (79M645); Patrick Walter (79M645); Perez Dilcia; Sanchez Rivas Tania(79M645); Toro Angelo J (79M645); Widlund John; Williams Christopher (79M645); Cabrera David (79M645); Peterson Carolyn (79M645); Liang Michael (79M645); Reyes Zoraida (79M645); Serna Edwin (79M645); Green Rupert (79M645); Dejesus Diana (79M645); West Anthony D (79K665)
**Subject:** RE: planning Bernice Levine's Retirement

Good Morning All:

A retirement party is an event that reflects the career of a retiree. Not only should it be an opportunity to show appreciation, but it should see the retiree off in an emotional and fun way.

# Let's plan a party for our Bernice Levine

Meeting:  Emma Fiorica's  Room 312 –At 11:30 on April 29th, 2015

0505



1.

# SHHHHHHHHHH!  It's a surprise.

*Roxana Bonilla*
School Business Manager
School of Cooperative Technical Education
321 East 96th Street, Room 135
New York, NY 10128
Tel. (212) 369-8800 X1351
Fax (212) 876-9290

0506

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Monday, May 04, 2015 12:07 PM |
| **To:** | Cabrera David (79M645); Calderon Kelly (79M645); Sanchez Rivas Tania(79M645); Konze Alicia (27Q650); Bonilla Roxana (79M645); Ferguson Donald Q (79M645); ntelemaque.schools.nyc.gov@gmail.com; Peterson Carolyn (79M645); Widlund John; Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy; Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Bentley Kimberly (000NSF); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605) |
| **Subject:** | The Venerable Bernice's retirement |

Like as waves move towards the pebbled shores (Shakespeare), the rentivity of our memory fades.

But alas, the precious memories, which are the only things we may be able to cling to in the ensuing years, need not fade. Some here may have artifacts representing precious memories of CoOp Tech educators who passed our way; some of whom may have elicited our joy or our angst over the last 60 years. And so my appeal, as we all prepare to attend Bernice's retirement celebration, is for a project to have various and sundry existing pictures of staff events be made into a slideshow, or a movie of sort, with the names of each person labeled, to present to her. Nothing could be more precious.

And as shown in attached, CoOp Tech is more than what the present state of pathology of collegiality makes it out to be. It was a place where educators: respected each other, went to high class functions (let their hair down and came to town), and were invited to lawn party or house opening at administrators or colleagues' homes. Indeed, the gaiety and felicity enshrined in such events are currently modeled by STEP staff. So STEP staff, come out and represent at Bernice's function so that Coop Tech can learn anew from your example. I will be sitting with you.

And for those paras who would like to attend but are constrained by cost, I for one, will contribute half of the cost of a ticket to a para. Imagine if a teacher aided his or her para in a similar manner?

0507

https://www.dropbox.com/sh/mslcrb3xtenysab/AADcODWn448h62R-
cSfPfSvca?dl=0https://www.dropbox.com/sh/mslcrb3xtenysab/AADcODWn448h62R-cSfPfSvca?dl=0

Dr. Green

0508

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Wednesday, May 06, 2015 8:29 AM |
| **To:** | Cabrera David (79M645); Calderon Kelly (79M645); Sanchez  Rivas Tania(79M645); Konze Alicia (27Q650); Bonilla Roxana (79M645); Ferguson Donald Q (79M645); ntelemaque.schools.nyc.gov@gmail.com; Peterson Carolyn (79M645); Widlund John; Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy; Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (13K605); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon  (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Bentley Kimberly (000NSF); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha  (13K605); Orlando Virginia R (79M645); Philbin William (K605) |
| **Subject:** | RE honoring our colleagues |

Hi Dr Green,

Hope all is well...

We at STEP Academy are in the process of planning for Marsha Kleinburd's Retirement Party.  You know she's been a para here for YEARS so we would like to send her off in good fashion!

We are aiming to secure a venue for Wednesday June 17th around 6pm but I was wondering if you and anyone you may know directly from COOP would like to attend?  We are trying to get a tentative head count in line so that I can price the venue out etc.

I unfortunately do not know a lot of folks down there!  I already spoke with the few I know but figured you could maybe help me out and spread the word for folks I am definitely missing!

Thanks so much in advance,

Gina Vitale
(social worker from STEP)

OK folks  if you really want to be in the company of colleagues who can educate and party, please call Gina.  Your attendance is also a must. We slip is at the left of the picture. These folks can dance , too. No disrespect to our Zoraida

Note. Police do not have to know a colleague to show support. They come from various parts of the world to do so.

0509

https://www.dropbox.com/s/12uwtte8uojxxbn/IMG_0093.JPG?dl=0https://www.dropbox.com/s/12uwtte8uojxxbn/IMG_0093.JPG?dl=0

Green

0510

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Friday, May 08, 2015 1:37 PM |
| **To:** | Calderon Kelly (79M645); Sanchez Rivas Tania(79M645); Konze Alicia (27Q650); Bonilla Roxana (79M645); Ferguson Donald Q (79M645); ntelemaque.schools.nyc.gov@gmail.com; Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy; Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Bentley Kimberly (000NSF); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605) |
| **Cc:** | Ferguson Cherry Ann (79M645) |
| **Subject:** | Student Appreciation |

What would happen if students stop attending school?

One of the significant functions of educators is to be advocate for students.

Perhaps wanting to exercise some modicum of control, our school attached a poster on students' bathroom stating that the bathroom would be closed 10:45 am to 11 am and from 2:45 pm to 3:00 pm. Perhaps in a similar vein, NYC public library made up a policy restricting access to websites of dubious distinction (porn). A lawsuit was filed and the Supreme Court ruled that the library could no block adults from access to such material because children may see it.

If the information on the bathroom door is school policy, it must be so stated and must be written. If it is policy, then it is denying students who must urgently use the bathroom, at the restricted time, access based on the presumption unruly students may use it at such time.

The implications are, if female students having monthly issues must use the bathroom at such time, they will be denied. If male or female students having incontinence must use the bathroom at that time, they will be denied.

The question is: If the information on the bathroom door is truly school policy, is it at variance with the Chancellors Regulation regarding student abuse? Consider the repercussion of the headline: Student defecate on or bloodied self because of school policy. The press would have a field day with that one. I

1                                                         0511

must note, however, the information was not posted on the female students' bathroom. Nonetheless, it begs the question if our school policy treats male students adversely and differently based on gender--which appears to be at variance with the Constitution. That is why we do not have a proliferation of all boys or all girls public schools.

I would love administrative clarity on the matter.

Anyway, often administrators do unbecoming things.

http://www.dailymail.co.uk/news/article-3073169/Florida-principal-caught-smoking-marijuana-shirt-unbuttoned-student-her.html

https://www.dropbox.com/s/bc0gym4xgl8v2k2/bath.jpg?dl=0https://www.dropbox.com/s/bc0gym4xgl8v2k2/bath.jpg?dl=0https://www.dropbox.com/s/bc0gym4xgl8v2k2/bath.jpg?dl=0

PS. Boys and Girls is a bigger school than ours, and educators are allowed to walk through the back door. Solution: They placed a security officer at the back door.

Dr. Green

**Konze Alicia (79M645)**

**Subject:**                    RE: Elections

**From:** Green Rupert (79M645)
**Sent:** Monday, May 11, 2015 11:57 AM
**To:** Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Bentley Kimberly (000NSF); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605); Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael; Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy
**Subject:** Elections

By now you must have received your nomination forms. I hope colleagues at STEP have also received same. The approach to our election is unprecedented. Never in my time here have I seen such an approach to electing a Chapter Chair. The problem I have is the form predicates that we possess our nominees' social security, telephone, and employer's ID number. This seems a bit intrusive and questions the validity of such a nomination form.

What do you think?

Dr. Green

0513

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Tuesday, May 12, 2015 5:59 AM |
| **To:** | Vitale Regina; Ackil Michael (75M079); Allocca Wendi (79M973); Ariza Jose; Baiardi John (79M645); Barry Amadou; Bautista Jose; Levine Bernice (79M645); Bentley Kimberly (000NSF); Blumberg Michelle (79M645); Bonilla Roxana (79M645); Brown Deneni (79M645); Buisson Telaine; Cabrera David (79M645); Caines Randee; Calderon Kelly (79M645); Cambridge Kimora (79M645); Caraballo Carlos (14K610); Dayton Lovena; Dejesus Diana (79M645); Delgado Diane; Ferguson Cherry Ann  (79M645); Ferguson Donald Q (79M645); Fernandez Frederick (79M645); Fernandez Lin (79M645); Figueroa Luis A (79M645); Fiorica Emma; Gaffney Matthew; Gauntlett Greg (79M645); Gomez James; Gomez Tisha  (13K605); Gross Andrew (79M645); Guerrero Jose V (79M645); Hamm Shawn; Hernandez Antonio; Hill Keith; Isaza John F (79M645); Jackson Natascha (16K455); Jacques Francine (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); Kennedy Joseph (79M645); Konze Alicia (27Q650); Laudando Kimberly M (13K605); Leonardo Miguel; Longo Donna; Lozada Annette; Mckenzie Raphael G (79M645); Mooney Andre K (79M645); Morales Luis; JeanBaptiste Carl (19K660); Morel Stephanie; Mullen Stacy; Nieznalski Piotr (02M625); Ochoa Jose (79M645); Orlando Virginia R (79M645); Ovando David; Patrick Walter (79M645); Payne Gail (18K500); Perez Dilcia; Person Nancy (79M645); Pereyra Erasmo; Peterson Carolyn (79M645); Philbin William (K605); Reyes Zoraida (79M645); Richards Josaine (27Q650); Romano Michael (79M645); Sabbiondo Christina; Sanchez Joanne (79M645); Sanchez  Rivas Tania(79M645); Sauerhoff Mark (79Q535); Serna Edwin (79M645); Shupack Nancy (79M645); Sims Leslie; Sterling Geraldine; Taudel Robert (79M645); Telemaque Nico; Territo Robert; Thevenot Louis (79M645); Toro Angelo J (79M645); Vivo Steve (79M645); West Anthony D (79K665); Widlund John; Williams Christopher (79M645); Young Kevin (79m645); McKenzie-Stukes Sharon (18K500); Zaike Fernando (18K642); Alton Stanley (18k617); Carey Felicia  (18K500); Lotto Susan M; Mostafa Osama (18K637); Blom Janet (21K525); Blando Denise (18K633); Vogelsohn Nelida |
| **Cc:** | michael.kleinburd@gmail.com; ubgrad72@aol.com; elliotkleinburd@gmail.com |
| **Subject:** | RE: SHHH it's a surprise! |

Told you folks at STEP know how to party. See you there.  I have to go to practice some moves.  Have had my head in the books too long.

Green

---
**From:** Vitale Regina
**Sent:** Friday, May 08, 2015 2:00 PM
**To:** Ackil Michael (75M079); Allocca Wendi (79M973); Ariza Jose; Baiardi John (79M645); Barry Amadou; Bautista
**Subject:** SHHH it's a surprise!

0514

# Come Celebrate with us!



MARSHA KLEINBURD'S

SURPRISE RETIREMENT PARTY

Date: Wednesday June 17, 2015

Time: 5:30-9:30 PM

Place: Grand 2020

2020 86th Street

Brooklyn, NY 11214

Please RSVP to:

Regina Vitale

E-mail rvitale3@schools.nyc.gov

By May 21, 2015

Please be prompt!

Price per person $55.00

0515

## Konze Alicia (79M645)

**Subject:**                    RE: Is this Evidence of Corporal Punishment?

**From:** Green Rupert (79M645)
**Sent:** Tuesday, May 12, 2015 8:15 AM
**To:** Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Bentley Kimberly (000NSF); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605); Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy
**Subject:** Is this Evidence of Corporal Punishment?

In a random survey at a certain school, at 3:03, five female and four male teachers (70% of staff) were seen exiting the bathrooms, where they had prepared/relieved themselves for their drive home. At the same time, 100% of male and female students were denied such accommodation.  What is such action call and is it permissible in NYC public school?  Apart from a student calling 311, where can parents determine answers to such questions?

https://www.dropbox.com/s/h8krlm8suyvwhl4/bernice.jpg?dl=0https://www.dropbox.com/s/h8krlm8suyvwhl4/bernice.jpg?dl=0

1

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Tuesday, May 19, 2015 12:21 PM |
| **To:** | Cabrera David (79M645); Calderon Kelly (79M645); Levine Bernice (79M645); Sanchez Rivas Tania(79M645); Konze Alicia (27Q650); Bonilla Roxana (79M645); Ferguson Donald Q (79M645); ntelemaque.schools.nyc.gov@gmail.com; Peterson Carolyn (79M645); Widlund John; Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy; Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Bentley Kimberly (000NSF); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605) |
| **Subject:** | Did it |

Did it. Proves that vocational education teachers are not stupid and can hold their own with scholars across the globe.

Took me two years and four revisions of writing my fingers to the bone.

You will read a lot about Co-Op Tech, school feminization, and nepotism in this article. Stay tuned.

Dr. Green

----------------------------------------------------------------

**Subject:** SAGE Open - Decision on Manuscript ID SO-13-0568.R4

19-May-2015

Dear Dr. Green:

It is a pleasure to accept your manuscript entitled "Effect of Principal and Student Gender on New York City High School Performance Outcomes" in its current form for publication in SAGE Open.

Thank you for your fine contribution.  On behalf of the Editors of SAGE Open, we look forward to your continued contributions to the Journal.

Sincerely,

0517

Dr. Melanie Shores
Article Editor, SAGE Open

0518

**Konze Alicia (79M645)**

From:           Green Rupert (79M645)
Sent:           Wednesday, May 20, 2015 9:04 AM
To:             Vitale Regina; Ackil Michael (75M079); Allocca Wendi (79M973); Ariza Jose; Baiardi John
                (79M645); Barry Amadou; Bautista Jose; Levine Bernice (79M645); Bentley Kimberly
                (000NSF); Blumberg Michelle (79M645); Bonilla Roxana (79M645); Brown Deneni
                (79M645); Buisson Telaine; Cabrera David (79M645); Caines Randee; Calderon Kelly
                (79M645); Cambridge Kimora (79M645); Caraballo Carlos (14K610); Dayton Lovena;
                Dejesus Diana (79M645); Delgado Diane; Ferguson Cherry Ann  (79M645); Ferguson
                Donald Q (79M645); Fernandez Frederick (79M645); Fernandez Lin (79M645); Figueroa
                Luis A (79M645); Fiorica Emma; Gaffney Matthew; Gauntlett Greg (79M645); Gomez
                James; Gomez Tisha  (13K605); Gross Andrew (79M645); Guerrero Jose V (79M645);
                Hamm Shawn; Hernandez Antonio; Hill Keith; Isaza John F (79M645); Jackson Natascha
                (16K455); Jacques Francine (79M645); Jhonson Alejandro (79M645); Kalish Alan
                (79M645); Kennedy Joseph (79M645); Konze Alicia (27Q650); Laudando Kimberly M
                (13K605); Leonardo Miguel; Longo Donna; Lozada Annette; Mckenzie Raphael G
                (79M645); Mooney Andre K (79M645); Morales Luis; JeanBaptiste Carl (19K660); Morel
                Stephanie; Mullen Stacy; Nieznalski Piotr (02M625); Ochoa Jose (79M645); Orlando
                Virginia R (79M645); Ovando David; Patrick Walter (79M645); Payne Gail (18K500); Perez
                Dilcia; Person Nancy (79M645); Pereyra Erasmo; Peterson Carolyn (79M645); Philbin
                William (K605); Reyes Zoraida (79M645); Richards Josaine (27Q650); Romano Michael
                (79M645); Sabbiondo Christina; Sanchez Joanne (79M645); Sanchez  Rivas
                Tania(79M645); Sauerhoff Mark (79Q535); Serna Edwin (79M645); Shupack Nancy
                (79M645); Sims Leslie; Sterling Geraldine; Taudel Robert (79M645); Telemaque Nico;
                Territo Robert; Thevenot Louis (79M645); Toro Angelo J (79M645); Vivo Steve (79M645);
                West Anthony D (73K665); Widlund John; Williams Christopher (79M645); Young Kevin
                (79m645); McKenzie-Stukes Sharon (18K500); Zaike Fernando (18K642); Alton Stanley
                (18k617); Carey Felicia  (18K500); Lotto Susan M; Mostafa Osama (18K637); Blom Janet
                (21K525); Blando Denise (18K633); Vogelsohn Nelida
                michael.kleinburd@gmail.com; ubgrad72@aol.com; elliotkleinburd@gmail.com
Cc:
Subject:        Teacher of the Year

---

**Who is our teacher of the Year?**

Over the years I have seen some dedicated teachers like Mr. Serna, Mr. Ochoa, Ms. Payne, Ms. Person, Ms. Orlando, Mr.
Mckenzie, and Mr. Barry who performed spectacular work to advance our students and our school. That is not
an exhaustive list. You may know know of other teachers . But those teachers were not honored because we had
the practice where the former Chapter Chairs nominated, voted for, and elected  themselves as Teachers of the Year, and
were honored at a feast by the UFT.

I just asked who was our teacher of the year and no one seems to know about it.  Mine would be Mr. Ochoa. I have
worked with him near 14 years. He is always present. He aided my Saturday Academy initiative that I started years
ago.  He takes any amount of students packed in his class, and does not complain. Additionally, he takes any level of
students and work with them.

So who is your teacher of the year and how was our Chapter Chair (sic) remiss in not honoring  him or her?  Perhaps we
could develop ways to honor our teachers, para, and staff members of the year. Would you agree that such an endeavor
is not a lofty goal?

0519

Dr. Green

0520

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Friday, May 22, 2015 8:22 AM |
| **To:** | Vitale Regina; Ackil Michael (75M079); Allocca Wendi (79M973); Ariza Jose; Baiardi John (79M645); Barry Amadou; Bautista Jose; Levine Bernice (79M645); Bentley Kimberly (000NSF); Blumberg Michelle (79M645); Bonilla Roxana (79M645); Brown Deneni (79M645); Buisson Telaine; Cabrera David (79M645); Caines Randee; Calderon Kelly (79M645); Cambridge Kimora (79M645); Caraballo Carlos (14K610); Dayton Lovena; Dejesus Diana (79M645); Delgado Diane; Ferguson Cherry Ann (79M645); Ferguson Donald Q (79M645); Fernandez Frederick (79M645); Fernandez Lin (79M645); Figueroa Luis A (79M645); Fiorica Emma; Gaffney Matthew; Gauntlett Greg (79M645); Gomez James; Gomez Tisha (13K605); Gross Andrew (79M645); Guerrero Jose V (79M645); Hamm Shawn; Hernandez Antonio; Hili Keith; Isaza John F (79M645); Jackson Natascha (16K455); Jacques Francine (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); Kennedy Joseph (79M645); Konze Alicia (27Q650); Laudando Kimberly M (13K605); Leonardo Miguel; Longo Donna; Lozada Annette; Mckenzie Raphael G (79M645); Mooney Andre K (79M645); Morales Luis; JeanBaptiste Carl (19K660); Morel Stephanie; Mullen Stacy; Nieznalski Piotr (02M625); Ochoa Jose (79M645); Orlando Virginia R (79M645); Ovando David; Patrick Walter (79M645); Payne Gail (18K500); Perez Dilcia; Person Nancy (79M645); Pereyra Erasmo; Peterson Carolyn (79M645); Philbin William (K605); Reyes Zoraida (79M645); Richards Josaine (27Q650); Romano Michael (79M645); Sabbiondo Christina; Sanchez Joanne (79M645); Sanchez Rivas Tania(79M645); Sauerhoff Mark (79Q535); Serna Edwin (79M645); Shupack Nancy (79M645); Sims Leslie; Sterling Geraldine; Taudel Robert (79M645); Telemaque Nico; Territo Robert; Thevenot Louis (79M645); Toro Angelo J (79M645); Vivo Steve (79M645); West Anthony D (79K665); Widlund John; Williams Christopher (79M645); Young Kevin (79m645); McKenzie-Stukes Sharon (18K500); Zaike Fernando (18K500); Alton Stanley (18K617); Carey Felicia (18K500); Lotto Susan M; Mostafa Osama (18K637); Blom Janet (21K525); Blando Denise (18K633); Vogelsohn Nelida michael.kleinburd@gmail.com; ubgrad72@aol.com; elliotkleinburd@gmail.com |
| **Cc:** | |
| **Subject:** | Recruitment |
| **Attachments:** | ws1.png; ws2.png |

Kelly: Did you see what Green wrote today?   Gross: No! He, unfairly, excludes me. Kimora: Please forward what he wrote to me.

Green: Don't I always give you a laugh?

Anyway, I was sent to a recruitment fair at John Adams. It was that our overworked and good colleague, Ms. Ferguson was being called upon to be superwoman--as usual---and be at three places at one. Consequently, she implored me to stand in for her.

So, I suggested that a framework where me, myself, and I is the only person at a recruitment fair amounts to voodoo recruitment. I told her I would woo the students and someone from guidance should be there to sign them up, even if only to get a card with students' particulars to facilitate follow up calls, and to provide information beyond my comprehension. Anyway, Ms. Ferguson explained the problem and I agreed to represent.

0521

Well..., it was a wonderful event, and the 80 pieces of Co-OP Tech flyers went in a flash (over 1000 students and visitors were present). But I was prepared. I had the projector and the Internet, so I showed the video of what we do at our school. Participants loved it.

There were guidance and administrators asking for information that required our guidance personnel. Luckily for me, the lo.....y Ms. Jacques from STEP was there to come to my rescue.

I also sold the idea to some school administrators that we could start some programs at their school. They were elated, so they will follow up with our principal

A point of all this is, if we plan for such events and have the right team in place, we do not have to beg District 75 to provide the majority of our students.  Such team should include our dynamic CTE educators who are great salespersons, and who can give first hand explanation to potential students.

Dr. Green

0522

## Konze Alicia (79M645)

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Sunday, May 24, 2015 12:42 PM |
| **To:** | Vitale Regina; Ackil Michael (75M079); Allocca Wendi (79M973); Ariza Jose; Baiardi John (79M645); Barry Amadou; Bautista Jose; Levine Bernice (79M645); Bentley Kimberly (000NSF); Blumberg Michelle (79M645); Bonilla Roxana (79M645); Brown Deneni (79M645); Buisson Telaine; Cabrera David (79M645); Caines Randee; Calderon Kelly (79M645); Cambridge Kimora (79M645); Caraballo Carlos (14K610); Dayton Lovena; Dejesus Diana (79M645); Delgado Diane; Ferguson Cherry Ann  (79M645); Ferguson Donald Q (79M645); Fernandez Frederick (79M645); Fernandez Lin (79M645); Figueroa Luis A (79M645); Fiorica Emma; Gaffney Matthew; Gauritlett Greg (79M645); Gomez James; Gomez Tisha  (13K605); Guerrero Jose V (79M645); Hamm Shawn; Hernandez Antonio; Hill Keith; Isaza John F (79M645); Jackson Natascha (16K455); Jacques Francine (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); Kennedy Joseph (79M645); Konze Alicia (27Q650); Laudando Kimberly M (13K605); Leonardo Miguel; Longo Donna; Lozada Annette; Mckenzie Raphael G (79M645); Mooney Andre K (79M645); Morales Luis; JeanBaptiste Carl (19K660); Morel Stephanie; Mullen Stacy; Nieznalski Piotr (02M625); Ochoa Jose (79M645); Orlando Virginia R (79M645); Ovando David; Patrick Walter (79M645); Payne Gail (18K500); Perez Dilcia; Person Nancy (79M645); Pereyra Erasmo; Peterson Carolyn (79M645); Philbin William (K605); Reyes Zoraida (79M645); Richards Josaine (27Q650); Romano Michael (79M645); Sabbiondo Christina; Sanchez Joanne (79M645); Sanchez  Rivas Tania(79M645); Sauerhoff Mark (79Q535); Serna Edwin (79M645); Shupack Nancy (79M645); Sims Leslie; Sterling Geraldine; Taudel Robert (79M645); Telemaque Nico; Territo Robert; Thevenot Louis (79M645); Toro Angelo J (79M645); Vivo Steve (79M645); West Anthony D (79K665); Widlund John; Williams Christopher (79M645); Young Kevin (79m645); McKenzie-Stukes Sharon (18K500); Zaike Fernando (18K642); Alton Stanley (18k617); Carey Felicia (18K500); Lotto Susan M; Mostafa Osama (18K637); Blom Janet (21K525); Blando Denise (18K633); Vogelsohn Nelida |
| **Subject:** | Teachers' Preliminary Report on our School |

https://www.dropbox.com/s/xac195ejxbwfjqj/Teachers%20Preliminary%20Report%20on%20the%20School%20Year.docx?dl=0https://www.dropbox.com/s/xac195ejxbwfjqj/Teachers%20Preliminary%20Report%20on%20the%20School%20Year.docx?dl=0

0523

Teachers Preliminary Report on the School Year

At the beginning of the school year, our principal outlined his intention to renew the Saturday Academy program to involve parents and the community in the educative processes. We can give him an A- for that. It is not fully what we want, but he has implemented it, and I am helping to actualize it. The principal also outlined his intention to employ an AP. He has failed to do so, and for that we give him an A+. The contradiction in grading is for the fact he (perhaps the District was pushing it) wanted to employ a Special Ed AP with dubious experience excluding CTE, and we believe our students are best served with a CTE AP. For the fact the person was not shoved on us through a backdoor process that deviates from the Chancellor's C-30 Regulation, we give our principal high marks.

The drawback is: On two days, we still have an F Status person action as principal, and when our true principal has to take off to take care of other school businesses, he has to pull his CTE credentialed AP from another site. While principals are to empower their staff and develop their leadership capacity, the entire matter gives the impression that none of the hard working and dedicated staff member among us is capable of being developed as leaders.

On the matter of school leadership team as outlined by the Chancellor's Reg, there is none at our school. A grade is not assigned because the Chapter Chair must be a part of seeing the Chancellor's Reg is enforced. A grade can be assigned for the union representation we obtained, but we will let that be a footnote in the annals of our school.

We can point to the stalwart representation given by John K (see picture). We also had a female Chair and we also had a Chair that had no teaching license, but he was dynamic. Ask old timers

about Larry Larraco. Chapter Chair Queens was a creature of my creation, and he did contribute to the advancement of our school.

So, we come to the point where there is an upcoming election. Whomever you elect will determine the direction/future of our school---if it will become a satellite of district 75, where our CTE licensed professionals are considered not too far ahead of their students. After all, such teachers cannot see that the Chancellor's Reg is adhered to.

You must ensure the persons you choose to represent you are there for the interest of the students, see that the Regs are carried out, and not sit under administration's desk hoping for the crumbs of best school practices to fall their way. Let the previous union representation we received be the Alamo that we must never forget, and one that guides your election of new representatives.

https://www.dropbox.com/s/oackxg02hmi2c00/uftt.jpg?dl=0

Please ensure Andy Gross receive this info. Even though, he had expressed not wanting to work with the principal, now that his site has closed down, he will find CoOp tech is welcoming. A lesson here is regarding the burning of bridges. I never burned one.

Deficit thinking theory posits that Blacks and Latinos are responsible for their school failure. Teachers absolved themselves from those students' failure. Thus, the victim of failure is blamed for their failure. It's like a discussion I once had with a school administrator. S/he revealed that a teacher's writings was responsible for some of his/her colleagues being bigots. Is that possible? The victim of bigotry being blamed for the action of the bigots. Is that not similar to blaming the female victim of sexual assault for bringing it on to herself because of the way she dressed?

Over 200 years ago, anachronistically speaking, there were some pesky email writers who were both hated and admired by fellow teachers. There was one in particular, whose name was? OK let me give more information. They became known as the anti-Federalists. And because of what they wrote, the article of confederacy/confederation (preamble to the Constitution) was amended to include the Bill of Rights. So we are thankful to email writers for the Constitution of the United States of America (;).

For explanation purposes, there a method of writings where the author writes as though s/he was in the person's head. It was once frowned upon. Is it still is?,

For example.  Johan: I truly must apologies for the representation I gave my colleagues. Gaul: What is the root-cause for Green's writing of these things?   Valerie: Thank you for saying what I truly want to say. Teacher X: You are right, I cannot teach these kids because they cannot read the material.  I just give up and lower my standards.  Teacher Y: Are you kidding me. You think I will trust these kids with a power grinder/saw?

Such are issues you would bring to your school leadership team. It is important because decades ago, frustrated shop teachers would give such students assignment which amounted to giving them a block of ice and a piece of cloth, and telling them to wipe the ice until it was dry.

**Konze Alicia (79M645)**

| | |
|---|---|
| **Subject:** | RE: The Good |

**From:** Green Rupert (79M645)
**Sent:** Thursday, May 28, 2015 1:51 PM
**To:** Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Balardi John (79M645); Isaza John F (79M645); Ochoa Jose; Richards Josaine (27Q650); Bentley Kimberly (000NSF); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79m645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605); Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy
**Subject:** RE: The Good

---

"A teacher[ Teachers] should not ever be allowed to vote for themselves. Plus how can we as teachers vote for someone we have never witnessed in [there [their] environment of teaching?"
CoOp Tech Teacher

Great point above from a colleague.  But the action of good teachers are not bounded/restricted by the four walls of a their classrooms. Their actions ooze from students,  it emanates from their [teachers'] actions, say the after school gardening project of Ms. Ferguson, or a Saturday Academy program that brought 200 participants in our school (Green), or in organizing the collection and donation near $1,500 to the Tsunami victims (Green).  In addition, its for the fact such teachers are here everyday, or for the fact they take extra ordinary actions to advance the good and welfare of students.   With such teachers, even half hour after dismissal, students are still in their rooms.

It is even the actions of off-site guidance personnel, or teachers who work to advance the good name of our school.  So, perhaps the title should be Educators of the Year.  Indeed, there are various organizations and state entities that elicit nomination for teachers/educators of the year.  Has anyone here ever saw it fit to nominate one of our colleagues for same (I did)?  Has our administration ever done same?  That is something the next Chapter Chair should undertake.  Aids, Paras, and other staff members here also perform yeoman/woman job to advance our school. Are they ever appreciated?  Principal Goldberg used to have some festivities, where Chef Serna cooked up a storm and feted staff members. Since I was away, could you inform me if such is still the case?

Of course, being an avid user of email and trying to have ones' colleagues adopt it as a mean of communication may seems to disqualify such a teacher for Teacher of the Year Honor, but seeing the results of persistence could change that perception.   For example, you would never guess the name of the colleagues who sent above email.  Additionally, you would never guess which

1

0527

female colleague ran up to my room to complain that Ms. Pearson video was not audible enough.  Notwithstanding, I can tell you it was Ms. Ferguson who revealed to me that my action [ even in recruiting at John Adams] is causing cognitive dissonance in many of my colleagues. That is so for the fact it appears I am not the monster whom she and they were told I am.  People demonize those whom they fear or whom they see as a threat.

And as per John Adams, I had extended an invitation for their students to visit our school.  Guess what?  A bus trip of about 20 students come to visit our school today. The good news along with that is the AP wishes to set up a meeting to start a CTE program at Adams. So Principal Widlund and I will be visiting to make arrangement.  Since Ms. Bentley also lives in Queens, perhaps we, along with Mr. Gross (;), could establish a strong foothold in John Adams for our school.  Disconcertingly,  while our principal will tacitly and privately give me much credit, he could never publicly do so.  Such is a pathology at our school that we need to address. Ms. Pearson referenced being treated fairly in her message.

So, another colleague, Mr. Johnson, whom we should develop as an AP,  came just now asking me to represent at a next job fair. I will represent, even if no one from guidance comes. But of course, I would love to work with the good Ms. Delgado to advance the interest of our students and our school.

Ms. Pearson, come lets do a different taping, you manifest the type of leadership we need at our school.

Dr. Green

Minogue, Christopher

| | |
|---|---|
| From: | Mangan Audrey (79M645) [AMangan@schools.nyc.gov] |
| Sent: | Wednesday, November 25, 2015 10:06 AM |
| To: | Minogue, Christopher |
| Cc: | McGowan Anda (79M645) |
| Subject: | Dr. Green's emails |

More gender bias issues. The District 79 lady in question is Nancy Velez - LIS. The principal at the time was John Widlund.

---

From: Fernandez Frederick (79M645)
Sent: Wednesday, November 25, 2015 9:58 AM
To: Mangan Audrey (79M645)
Subject: FW:

Fred Fernandez - Dean

School of Cooperative Technical Education

321 East 96th Street

New York, N.Y. 10128

212-369-8800

---

From: Green Rupert (79M645)
Sent: Friday, May 29, 2015 6:18 AM
To: Ackil Michael (75M079); Baiardi John (79M645); Barry Amadou; Bautista Jose; Bentley Kimberly (000NSF); Cabrera David (79M645); Caccamo Philip; Davis Myrna (79M645); Dayton Lovena; Dejesus Diana (79M645); Delgado Diane; Ferguson Cherry Ann (79M645); Ferguson Donald Q (79M645); Fernandez Frederick (79M645); Fernandez Lin (79M645); Fiorica Emma; Gaffney Matthew; Gomez Tisha (K605); Gross Andrew (79M645); Guerrero Jose V (79M645); Hart Henry (79M645); Hill Keith; Isaza John F (79M645); Jacques Francine (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); Kelley Everett (13K605); Kennedy Joseph (79M645); Kennett Richard; Lai Hung Woon (24Q600); Laudando Kimberly M (13K605); Longo Donna; Mckenzie Raphael G (79M645); Morales Luis; Mullen Stacy; ntelemaque.schools.nyc.gov@gmail.com; Ochoa Jose (79M645); Orlando Virginia R (79M645); Payne Gail (18K500); Person Nancy (79M645); Peterson Carolyn (79M645); Philbin William (K605); Richards Josaine (27Q650); Romano Michael (79M645); Sabbiondo Christina; Sauerhoff Mark (79Q535); Serna Edwin (79M645); Shupack Nancy (79M645); Sims Leslie; Taudel Robert (79M645); Vitale Regina; West Anthony D (79K665); Williams Christopher (79M645); Young Kevin (79m645)
Subject:

Fellow colleagues, you need strong leadership at our school.  Did you attended that safety meeting in the principal's office and saw the interactions between the District 79 lady and our principal.---as though she wanted to undermine him:_  If you are all happy at the direction of our school, ignore me, but do not be secretly tell me of your discontent. CoOp was once the jewel of Dist 79, it it still?  Scholars are questioning if the feminization of school is occurring and if it is negatively impacting male students. In an article contributing to the debate, I wrote about the feminization of vocational education. Look at the transition of the curriculum at our school. Look at the feminization with this question.

1

*A-2*

0529

Would you like your male son or grandson to enter and graduate from a school without ever being taught by a male teacher?

There are some who came here and took action without learning the lay of the land, now they will feel the heat and will not have anyone to call upon. They cannot do me anything here. They have tried it all, excessing, isolation, demonization, whatever. You just cannot easily hide a light.  Things will be changing at our school. It must change.  Whom will be shipped out will be and new blood that will come in will. You hear the rumors.  A principal is as strong as his or her staff. Despite whatever, we have been there for John.  He will not be here for ever. What if we get administrators who act because  of their love for the nut Cracker suite?  You have to read deep in my writings, you cannot take superciliously. Our principal need to take decisive action with all his staff behind him. This divide and rule policy of Cabrera cannot work. Giving some teacher favorable treatment to act or not to act is not in the best interest of our school.

Start with some love or shake up in the guidance office.

Dr. Green

0530

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Sunday, May 31, 2015 8:10 AM |
| **To:** | Ferguson Cherry Ann  (79M645); Gaffney Matthew; Longo Donna; Morales Luis (79M645); Ackil Michael (75M079); Barry Amadou; Bentley Kimberly (000NSF); Dejesus Diana (79M645); Fernandez Frederick (79M645); Fernandez Lin (79M645); Fiorica Emma; Gomez Tisha (K605); Hill Keith; Isaza John F (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); Kennedy Joseph (79M645); Mckenzie Raphael G (79M645); Ochoa Jose (79M645); Orlando Virginia R (79M645); Person Nancy (79M645); Philbin William (K605); Romano Michael (79M645); Sauerhoff Mark (79Q535); Serna Edwin (79M645); Shupack Nancy (79M645); Taudel Robert (79M645); West Anthony D (79K665); Williams Christopher (79M645); Young Kevin (79m645); Hamm Shawn; Perez Dilcia; Jackson Natascha (16K455); Caraballo Carlos (14K610); Nieznalski Piotr (02M625); Guerrero Jose V (79M645) |
| **Cc:** | Ferguson Donald Q (79M645); Sims Leslie; Konze Alicia (27Q650); ntelemaque.schools.nyc.gov@gmail.com; Allocca Wendi (79M973); JeanBaptiste Carl (19K660) |
| **Subject:** | The Future of Our School |

Wow! So much things unfolding so quickly.  First, let me apologize for some errors in my last email. I got up 3 Am Thursday morning and rushed it. But as I have always stated, one must be prepared for the onslaught, thus s/he will not be taken by surprise.

Friday Ms. Simm gave me some luv ( a great hug) and revealed she was being transferred.  Thursday evening Principal Widlund emailed me and asked that I also represent our school at the CTE fair on Saturday. I told him no because planning was needed; he emailed me back and asked that I go and make it work because he had to pull strings to obtain place for three teachers.  The principal knew he could always rely on me to do extra ordinary things in the interest of our school.  It was a great display of CTE at work, all those children displaying their skills; teachers who I had taught coming over to give me some luv.  I was talking to Mulgrew and one came over greeted and explained to Mulgrew how I had taught her.  She explained they attended college together. Mulgrew explained that Principal Widlund will be in  charge of all CTE schools.  Principal Widlund was at the fair and he gave me some luv.

Earlier: Friday evening, at about 3:30, while my students and I prepared for the display, my good colleague, Mr. Ochoa, who is well read, came over and asked me what was next.  I pondered why he believed I was a seer. I told him that the next thing is for us to see the continuation of our school from the position that it now is.  In doing so, we must proceeded with the understanding that things that can be legally done in a NYC school are guided by policies, federal and NYSED laws, and Chancellor Regulations. For example, if NYSED declare  a school can give students 3 CTE credits for 240 hours of school time in class taught by state certified CTE teachers, if we drastically deviate  from the requirements, there can be serious charges leveled against a school. If the Chancellor's regulation calls for fairness and the refrain from discriminatory actions, again there can be serious repercussion, as well as push back from aggrieved teachers.  Naturally, some educators may adopt a go along to get along approach, but when such an action further contributes to the miseducation of disadvantage children, it is criminal and unethical. Our Chancellor does not stand for same.

0531

In talking to some of you, you have expressed a desire to see in our school building at 96 st., a CTE certified principal, an AP administrator, an AP supervision, an AP guidance, and a roving AP to visit sites that do not have APs. Such roving AP could also be scouting for new sites to locate more of our programs. The rover will also eliminate the hardship, where current APs from off sites had to leave their schools uncovered to be at 96 street to provide coverage.

So, let me congratulate Mr. Johnson and Ms. Kimora for their win as union leaders. Let me applaud Mr. Thevenot for his quest to bring quality representation as Chapter Chair of teachers. His long service as para leader could ad volume to the literature on the pathology of misrepresentation. I must applaud Mr. Williams for his desire to provide leadership to our teachers. He had mastered an approach that was best suited to work work Principal Widlund, but now the script has change. And seeing that a student of the nutcracker suite may be our next principal, it behooves us to elect someone who will not be afraid to stand up for our teachers, who will advance the interest of students, and who will aid in the receipt of grant funding to have genuine after school program, instead of the present one wherein five teachers are fighting to share 10 students for two hour persession on Wednesdays. Thus the person best suited to be Chapter Chair is....

https://www.dropbox.com/s/w7wxu2vfyd6fg2p/2015-05-30%2010.43.35.jpg?dl=0https://www.dropbox.com/s/w7wxu2vfyd6fg2p/2015-05-30%2010.43.35.jpg?dl=0

https://www.dropbox.com/s/jnx0oljnfimd3x3/2015-05-30%2010.43.09.jpg?dl=0https://www.dropbox.com/s/jnx0oljnfimd3x3/2015-05-30%2010.43.09.jpg?dl=0

https://www.dropbox.com/s/p2zmpd6qx5c11mk/2015-05-30%2010.42.50.jpg?dl=0https://www.dropbox.com/s/p2zmpd6qx5c11mk/2015-05-30%2010.42.50.jpg?dl=0

https://www.dropbox.com/s/pvxssb6ce27vegi/2015-05-30%2010.42.47.jpg?dl=0https://www.dropbox.com/s/pvxssb6ce27vegi/2015-05-30%2010.42.47.jpg?dl=0

https://www.dropbox.com/s/26brtm7wpyi7f8s/2015-05-30%2010.42.44.jpg?dl=0https://www.dropbox.com/s/26brtm7wpyi7f8s/2015-05-30%2010.42.44.jpg?dl=0

https://www.dropbox.com/s/26brtm7wpyi7f8s/2015-05-30%2010.42.44.jpg?dl=0https://www.dropbox.com/s/26brtm7wpyi7f8s/2015-05-30%2010.42.44.jpg?dl=0

https://www.dropbox.com/s/h31lcpam0dp7myu/2015-05-30%2010.42.41.jpg?dl=0https://www.dropbox.com/s/h31lcpam0dp7myu/2015-05-30%2010.42.41.jpg?dl=0

0532

https://www.dropbox.com/s/4nwdjatsbp3zy66/2015-05-30%2010.42.34.jpg?dl=0https://www.dropbox.com/s/4nwdjatsbp3zy66/2015-05-30%2010.42.34.jpg?dl=0

https://www.dropbox.com/s/tznfttqn0t5xykr/2015-05-30%2010.42.30.jpg?dl=0https://www.dropbox.com/s/tznfttqn0t5xykr/2015-05-30%2010.42.30.jpg?dl=0

0533

**Konze Alicia (79M645)**

| | |
|---|---|
| **From:** | Green Rupert (79M645) |
| **Sent:** | Sunday, May 31, 2015 3:59 PM |
| **To:** | Calderon Kelly (79M645); Sanchez Rivas Tania(79M645); Konze Alicia (27Q650); Bonilla Roxana (79M645); Ferguson Donald Q (79M645); ntelemaque.schools.nyc.gov@gmail.com; Peterson Carolyn (79M645); Widlund John; Bautista Jose; Delgado Diane; Jacques Francine (79M645); Dayton Lovena; Morales Luis (79M645); Sims Leslie; Vitale Regina; Mullen Stacy; Hernandez Antonio; Lozada Annette; Toro Angelo J (79M645); Brown Deneni (79M645); Pereyra Erasmo; Gauntlett Greg (79M645); Gomez James; Cambridge Kimora (79M645); Figueroa Luis A (79M645); Thevenot Louis (79M645); Blumberg Michelle (79M645); Leonardo Miguel; Lizzmore Michael (79M645); Caines Randee; Vivo Steve (79M645); Sun Vout A (79M645); Allocca Wendi (79M973); Ariza Jose; Mooney Andre K (79M645); Patrick Walter (79M645); Reyes Zoraida (79M645); Sanchez Joanne (79M645); Fernandez Lin (79M645); Romano Michael (79M645); Barry Amadou; Gross Andrew (79M645); Jhonson Alejandro (79M645); Kalish Alan (79M645); West Anthony D (79K665); Caraballo Carlos (14K610); Sabbiondo Christina; Williams Christopher (79M645); Dejesus Diana (79M645); Longo Donna; Fiorica Emma; Kelley Everett (13K605); Serna Edwin (79M645); Fernandez Frederick (79M645); Payne Gail (18K500); Lai Hung Woon (24Q600); Baiardi John (79M645); Isaza John F (79M645); Ochoa Jose (79M645); Richards Josaine (27Q650); Bentley Kimberly (000NSF); Hill Keith; Laudando Kimberly M (13K605); Young Kevin (79M645); Gaffney Matthew; Sauerhoff Mark (79Q535); Person Nancy (79M645); Shupack Nancy (79M645); Caccamo Philip; Nieznalski Piotr (02M625); Mckenzie Raphael G (79M645); Taudel Robert (79M645); Gomez Tisha (13K605); Orlando Virginia R (79M645); Philbin William (K605) |
| **Subject:** | The ballot or ... |

---

https://www.dropbox.com/s/g371j9a0uu7oa8r/ballot.pdf?dl=0

https://www.dropbox.com/s/fxlgeuh63iij4c0/ballotenv.pdf?dl=0https://www.dropbox.com/s/fxlgeuh63iij4c0/ballotenv.pdf?dl=0

If you have not seen the ballot, here is what it looks like.

When the going gets tough, the tough gets going—in service of the education of our children, of course.

0534

In answer to Ocha's earlier revealed question of what next, the new principal will come with her arrogance ( of the notion CTE teachers are not too smart) her APs , and her trusted key personnel. So, some people will be pushed out of key positions they now hold.  We will no longer need an AP office for the visiting AP from Longwood. On our part, we will greet the principal and her team with a strong union presence to work with them to advance the interest of this CTE school and its students. Our Chapter Chair, therefore, must be sitting, eating, and negotiating with them at the table, instead of eating under the table.

Dr. Green

0535