RUPERT GREEN
205-26 113th Ave.
St. Albans, N.Y. 11412
917-601-6425

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/2/2020__

Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

June 25, 2020

VIA EMAIL
Temporary_Pro_se_Filing@nysd.uscourts.gov

Re:    Dr. Rupert Green v. The Department of Education of the City of New York
         and the United Federation of Teachers 18-CV-10817

Dear Judge Torres:

I am the Plaintiff pro se in the above captioned case, presently before you in the Southern
District. I am writing this email in reference to the REPORT & RECOMMENDATION
submitted by Magistrate Judge Gabriel Gorenstein and which I received just yesterday, June 24,
2020.

In his REPORT & RECOMMENDATION Magistrate Gorenstein writes that I may request an
extension of time to respond, and this is my purpose here, to ask for this extension of time.

I received the R&R yesterday, and the deadline for a response without any extension, July 1,
2020, is not sufficient for me to fully explain why I believe Magistrate Gorenstein made several
errors which should be addressed, if not corrected. I request 28 days after your reply via email to
this request. This time will allow me to research my objections and craft the final document the
best I can, under the circumstances. I am not an Attorney.

A copy of this email is being sent to the Corporation Counsel Ms. Shaina Wood, who represents
the Department of Education, and to Ms. Orianna Vigliotti, the Attorney for the UFT.

Respectfully,

_____/s/_____

Rupert Green

CC via email:
Shaina Wood          shwood@law.nyc.gov
Oriana Vigliotti       oriana.vigliotti@nysut.org

GRANTED in part, DENIED in part. Plaintiff's time to
file objections is extended *nunc pro tunc* to **July 24, 2020**.
Defendants' responses are due within 14 days of the
docketing of Plaintiff's objections.

Chambers will mail a copy of this order to Plaintiff *pro se.*

SO ORDERED.

Dated: July 2, 2020
         New York, New York

ANALISA TORRES
United States District Judge