**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DR. RUPERT GREEN,

                Plaintiff,

      -against-                              18 **CIVIL** 10817 (AT)(GWG)

                                                  **JUDGMENT**

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK; and THE
UNITED FEDERATION OF TEACHERS,

                Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated September 30, 2020, the R&R is ADOPTED in its entirety and

Defendants' motions to dismiss is GRANTED. Plaintiff's complaint is DISMISSED with prejudice

as to his federal claims. Plaintiff's state law claims are DISMISSED without prejudice to refiling

in state court; accordingly, this case is closed.

**Dated:** New York, New York

      September 30, 2020

                                   **RUBY J. KRAJICK**
                            _____
                                   **Clerk of Court**
**BY:**    K. Mango
                                  _____
                                   **Deputy Clerk**