RECEIVED
OCT 30 2020
U.S.D.C. S.D. N.Y.
CASHIERS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Dr. Rupert Green

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

The Department of Education of the City of New York

and the United Federation of Teachers

(List the full name(s) of the defendant(s)/respondent(s).)

18 __ CV 10817 __ (AT )(GWG)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Dr. Rupert Green

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☒ order   entered on: 10/30/2020

(date that judgment or order was entered on docket)

that: The Complaint is DISMISSED with prejudice as to Plaintiff's federal claims.
The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Accordingly, Plaintiff's state law claims are DISMISSED without prejudice.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

10/27/2020
Dated

Signature

Green, Rupert, A
Name (Last, First, MI)

205-26 113 Ave.   Saint Albans   NY   11412
Address   City   State   Zip Code

917 601 6425   educateme5@yahoo.com
Telephone Number   E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13



Court Name: District Court
Division: 1
Receipt Number: 465401269131
Cashier ID: Jgoldber
Transaction Date: 10/30/2020
Payer Name: RUPERT GREEN

NOTICE OF APPEAL/DOCKETING FEE
 For: RUPERT GREEN
 Amount:        $505.00

CHECK
 Check/Money Order Num: 3159
 Amt Tendered: $505.00

Total Due:       $505.00
Total Tendered: $505.00
Change Amt:      $0.00

18CV10817
APPEAL

R. Green
203-26 113 Ave.
St. Albans, NY 11412

Daniel P. Moynihan US Ct.
500 Pearl St.
New York, NY, NY, 10007







U.S. POSTAGE PAID
PME 1-Day
SAINT ALBANS, NY
11412
OCT 28, 20
AMOUNT
$26.35
R2304E106261-45

**PRIORITY MAIL EXPRESS**

EJ 524 110 021 US

FROM:
Rupert Green
205-26 113 Ave.
St. Albans, 11412

TO:
US Court/Moynihan
500 Pearl St.
NY, NY 10007

PO ZIP Code: 11412
Date Accepted: 10/28
Time Accepted: 11:55 AM
Scheduled Delivery Date: 10/29
Scheduled Delivery Time: 10:30 AM
Postage: $26.35
Total Postage & Fees: $26.35

RECEIVED 2020 OCT 29 PM 2:02